Case 6:22-cv-00880-ADA-JCM   Document 1   Filed 08/22/22   Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED
August 22, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____
_____ Division

Gabryelle Daniels / D____ D____
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S. Army Ft. Hood / Rustin D Jurkinson
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:22-cv-00880-ADA-JCM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gabryelle N Daniels / D____ D____
Street Address: 806 N 2nd Street
City and County: Copperas Cove, Coryell
State and Zip Code: Texas 76522
Telephone Number: 254·548·5632
E-mail Address: DanielsGabryelle85@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Rushad Parkinson
Job or Title (if known): unknown
Street Address:
City and County: Incarcerated
State and Zip Code: unknown
Telephone Number: unknown
E-mail Address (if known): unknown

Defendant No. 2

Name: Ft. Hood Army Base
Job or Title (if known):
Street Address:
City and County: Ft. Hood, Bell
State and Zip Code: Texas 76544
Telephone Number: 254-287-1110
E-mail Address (if known): unknown

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) **Gabryelle Daniels [D_____ D_____]**, is a citizen of the State of (name) **Texas**.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) **Rushad Parkinson**, is a citizen of the State of (name) **Texas**. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) **U.S. Army Ft. Hood Base**, is incorporated under the laws of the State of (name) **Texas**, and has its principal place of business in the State of (name) **Texas**.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) **U.S. Government**.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) Oct/29/2021, at (place) Multiple places, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

Rashad Parkinson knowingly had multiple sexual misconduct with the then minor D▇ D▇ 13 years old. Whom was in U.S. Army Ft. Hood Texas

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Sexual misconduct of a minor D▇ D▇

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

100,000 from U.S. Government in order to relocate, find other resources to get D▇ back where she needs to be as far as counseling. Defendant is currently incarcerated.




FROM:

FROM:
Gabryelle N. Daniels
800 N. 2nd Street
Copperas Cove TX 76522

TO: U.S. District Court
800 Franklin Ave
Suite 304
Waco TX 76701